**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EBF HOLDINGS, LLC d/b/a EVEREST BUSINESS FUNDING<br><br>Plaintiff,<br><br>v.<br><br>DIRECT FUNDING NOW, LLC,<br><br>Defendant. | Case No. 8:24-cv-00130 FWS-KES<br>Honorable Fred W. Slaughter<br><br>**ORDER GRANTING STIPULATION FOR PERMANENT INJUNCTION AND DISMISSAL [30]**<br><br>Complaint filed: January 19, 2024 |

///

///

///

1

# ORDER

Having reviewed and considered the Parties' Stipulation for Permanent Injunction and Dismissal [30], the files and records of the case, the applicable law, and good cause appearing, it is **ORDERED** and **ADJUDGED** that:

1. Defendant Direct Funding Now ("DFN") and its parent companies, agents, servants, successors, directors, employees, assigns, and all persons or entities acting in concert with it, are hereby permanently restrained and enjoined from infringing upon Plaintiff EBF Holdings, LLC's ("EBF") Marks, including, but not limited to:

    a. using any EBF service mark or any other copy, reproduction, colorable imitation, or simulation thereof in connection with DFN's services;

    b. directly or indirectly infringing EBF's Marks in any manner, including, but not limited to, selling, offering for sale, advertising, promoting, displaying, and/or marketing any services bearing any identical or confusingly similar imitations of any EBF Mark;

    c. committing any other act which falsely represents or which has the effect of falsely representing that the services of DFN are licensed by, authorized by, offered by, sponsored by, or in any way associated with EBF;

    d. purchasing and/or registering any domain name including EBF's name, Marks, and/or any name or Mark that is confusingly similar;

    e. knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(d) above; and

    f. knowingly affecting any transactions, assignments, or transfers, or forming any new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(d) above.

    2.    This stipulated Permanent Injunction shall be binding upon DFN as well as its principals, officers, directors, shareholders, employees, agents, subsidiaries, parents, affiliates, heirs, legal representatives, assigns, and successors.

    3.    The court shall retain exclusive and continuing jurisdiction over the Parties for purposes of enforcing and adjudicating any violations of this stipulated Permanent Injunction.

    4.    The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: September 18, 2024

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE